UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | Civil Action No. |
| Sharon Renee Lloyd | ) | 19 C 0874 |
| a.k.a. Sharon Renee | ) | |
| a.k.a. Sharon Lloyd Renee | ) | |
| a.k.a. Sharon-Renee Lloyd | ) | |
| a.k.a. Sharon-Renee-Lloyd: Al | | |
| a.k.a. Sharon Renee Lloyd Foreign Grantor Trust | | |

## EXECUTIVE COMMITTEE ORDER

*Pro se* litigant Sharon Renee Lloyd has filed at least 17 cases in this court. Most of the cases were terminated for reasons such as a frivolous complaint, lack of subject matter jurisdiction, judicial immunity, or failure to comply with court orders.

It is the judgment of the Executive Committee that reasonable and necessary restraints must be imposed upon Ms. Lloyd's ability to file new civil cases in this District *pro se*. Cases in existence prior to the entry of this order are not affected by this order and shall proceed as usual.

**IT IS HEREBY ORDERED BY THE EXECUTIVE COMMITTEE** in its capacity as the supervisor of the assignment of cases, that ------

1) Mr. Sharon Renee Lloyd, under any of the above-listed names or other names she may use, or anyone, other than an attorney, acting on her behalf, is enjoined from filing any new civil action or proceeding in the United States District Court for the Northern District of Illinois without first obtaining leave by way of the following procedures:

   a) Any materials Ms. Lloyd, or anyone, other than an attorney, acting on her behalf, wishes to submit for filing shall be delivered to Room 2050, Office of the Clerk at the Courthouse in Chicago. Only the Clerk or deputies specifically designated by the Clerk may accept such documents.

   b) Where the document submitted is a complaint, it shall be accompanied by a motion captioned "Motion Seeking Leave to File Pursuant to Order of Executive Committee." That motion shall, in addition to requesting leave to file the complaint, include a sworn statement certifying that the claims raised by or on behalf of Ms. Lloyd in the complaint are new claims never before raised in any federal court.

   c) Whenever Ms. Lloyd submits a document for filing, the clerk or designated deputy shall accept the papers, stamp them received, docket them, and forward them to the Executive Committee.

2) The Executive Committee will examine any complaints submitted by or on behalf of Ms. Lloyd to determine whether they should be filed.

3) If Ms. Lloyd seeks leave to proceed *in forma pauperis*, the Committee will also determine if such leave should be granted. The Committee will deny leave to file any complaints if they are legally frivolous or are merely duplicative of matters already litigated. The Committee may deny leave to file any complaints not filed in conformity with this order.

4) If the Executive Committee enters an order denying leave to file the materials, the clerk shall retain the order in a miscellaneous file with the title "In the matter of Sharon Renee Lloyd" and cause a copy of the order to be mailed to Ms. Lloyd. The submitted documents shall be returned to Ms. Lloyd.

5) If the Executive Committee enters an order granting leave to file the materials, the clerk will cause the materials to be stamped filed as of the date received and shall cause the case to be assigned to a judge in accordance with the rules. The clerk shall also cause a copy of the order to be mailed to Ms. Lloyd.

6) Ms. Lloyd's failure to comply with this order may, within the discretion of the Executive Committee, result in her being held in contempt of court and punished accordingly.

7) Nothing in this order shall be construed -----

   a) to affect Ms. Lloyd's ability to defend herself in any criminal action,

   b) to deny Ms. Lloyd access to the federal courts through the filing of a petition for a writ of habeas corpus or other extraordinary writ, or

   c) to deny Ms. Lloyd access to the United States Court of Appeals or the United States Supreme Court.

**IT IS FURTHER ORDERED** That any password issued to Sharon Renee Lloyd for access to the electronic filing system shall be disabled.

**IT IS FURTHER ORDERED** That any new complaints filed by Ms. Lloyd and transferred to this Court from another jurisdiction shall be reviewed by the Executive Committee to determine whether they should be filed.

**IT IS FURTHER ORDERED** That the Clerk shall cause to be created and maintained a miscellaneous file with the title "In the matter of Sharon Renee Lloyd " and case number 19 C. 0874. The miscellaneous file shall serve as the repository of this order and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures. A brief entry will be made on the docket indicating the receipt of any materials from Ms. Lloyd.

**IT IS FURTHER ORDERED** That the Clerk shall cause a copy of this order to be mailed to Ms. Lloyd at P.O. Box 9479, Chicago, Illinois 60609, the address given by Ms. Lloyd in documents filed on December 10, 2018. Such mailing shall be by certified or registered mail, return receipt requested.

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Acting Chief Judge

Dated at Chicago, Illinois this 12 day of February, 2019