**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sharon Renee Lloyd
P.O. Box 9479
Chicago, IL 60609

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Sharon Renee Lloyd: AI

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )

Sharon Renee Lloyd:AI

C. Date of Delivery

3/22/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CHICAGO IL 60 MAR 22 2019 STATES

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*

7014 2120 0004 3065 4391

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

IL 604

22 MAR '19

PM 6 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S.D.C. Northern District of Illinois
Thomas G. Bruton, Clerk of Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

CLERK DISTRICT COURT

2019 MAR 27 AM 8:3